UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

SHAQUAN PARKER,

    Plaintiff,

v.                                         Case No: 8:18-cv-175-T-30CPT

STACY M. BUTTERFIELD and
MICHAEL E. RAIDEN,

    Defendants.
_____

## **ORDER**

**THIS CAUSE** came on for consideration upon the Report and Recommendation submitted by Magistrate Judge Christopher P. Tuite (Dkt. 9). The Court notes that Plaintiff has not filed written objections to the Report and Recommendation and the time for filing such objections has elapsed.

After careful consideration of the Report and Recommendation of the Magistrate Judge in conjunction with an independent examination of the file, the Court is of the opinion that the Magistrate Judge's Report and Recommendation should be adopted, confirmed, and approved in all respects.

**ACCORDINGLY**, it is therefore, **ORDERED AND ADJUDGED**:

1. The Report and Recommendation (Dkt. 9) of the Magistrate Judge is adopted, confirmed, and approved in all respects and is made a part of this order for all purposes, including appellate review.

2. Plaintiff's construed motion to proceed *in forma pauperis* (Dkt. 2) is DENIED WITHOUT PREJUDICE.

3. Plaintiff's Complaint (Dkt. 1) is dismissed without prejudice.

4. Plaintiff shall file within twenty (20) days from the date of this Order: (a) an Amended Complaint that clearly sets forth a cognizable cause of action, and that complies with the pleading requirements of the Federal Rules of Civil Procedure; and (b) a renewed motion to proceed *in forma pauperis*.

5. Failure to comply with these requirements may result in a dismissal of the action without further notice.

**DONE** and **ORDERED** in Tampa, Florida, this 26th day of April, 2018.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies Furnished To**:
Counsel/Parties of Record