UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

SHAQUAN PARKER,

    Plaintiff,

v.                                      Case No: 8:18-cv-175-T-30CPT

STACY M. BUTTERFIELD and
MICHAEL E. RAIDEN,

    Defendants.
_____

## ORDER

**THIS CAUSE** came on for consideration upon the Report and Recommendation (Dkt. 13) submitted by Magistrate Judge Christopher P. Tuite. The Court notes that Plaintiff did not file written objections to the Report and Recommendation and the time for filing such objections has elapsed.

After careful consideration of the Report and Recommendation of the Magistrate Judge in conjunction with an independent examination of the file, the Court is of the opinion that the Magistrate Judge's Report and Recommendation should be adopted, confirmed, and approved in all respects.

**ACCORDINGLY**, it is therefore, **ORDERED AND ADJUDGED**:

1.     The Report and Recommendation (Dkt. 13) of the Magistrate Judge is adopted, confirmed, and approved in all respects and is made a part of this order for all purposes, including appellate review.

2. Plaintiff's renewed Application to Proceed in District Court Without Prepaying Fees and Costs (Dkt. 12) is denied.

3. Plaintiff's Amended Complaint for Violation of Civil Rights (Dkt. 11) is dismissed.

4. All pending motions, if any, are denied as moot.

5. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida, this 20th day of November, 2018.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies Furnished To**:
Counsel/Parties of Record